**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 17-2555-JFW(AGRx)**                Date: July 5, 2017

Title:        Cody Hodgson  *-v-* Petersen International Underwriters, et al.

---

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
           None                                  None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER OF DISMISSAL**

       In the Notice of Settlement filed on July 3, 2017, Dkt. No. 31, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before August 4, 2017. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until August 4, 2017. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

       IT IS SO ORDERED.